IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN D'AMICO,

    Plaintiff,

v.                                  Case No. 4:19cv446-MW/MAF

SCOTT HEILING,

    Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Clerk shall also close the file.

**SO ORDERED** on June 17, 2020.

                                      s/Mark E. Walker       
                                      **Chief United States District Judge**